**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1280

TAWANA S. INGRAM-ALLEN,

Plaintiff - Appellant,

versus

IVEYS, (A Corp.),

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-03-196-1)

Submitted:  May 27, 2004                    Decided:  June 3, 2004

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tawana S. Ingram-Allen, Appellant Pro Se.  James Bernard Spears, Jr., John Doughty Cole, Sr., HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tawana S. Ingram-Allen appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ingram-Allen v. Iveys, No. CA-03-196-1 (M.D.N.C. filed Feb. 26, 2004 & entered Feb. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -